UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSA VELA, on behalf of herself and all
others similarly situated,

    Plaintiff,

v.                                            Case No:  2:13-cv-784-FtM-29UAM

TEXAS ROADHOUSE OF FORT MYERS,
FL, LLC, a foreign limited liability
company, and TEXAS ROADHOUSE
HOLDINGS LLC, a foreign limited liability
company,

    Defendants.

## ORDER

This cause is before the Court on Defendants' Unopposed Motion for Admission *Pro Hac Vice* of Rebecca P. Bromet and Kevin M. Young and Designation and Consent to Act Pursuant to Local Rule 2.02  (Doc. 9) filed on December 9, 2013.  Defendants are requesting that attorneys Rebecca P. Bromet and Kevin M. Young be permitted to appear specially on behalf of Defendant. The Court finds that these attorneys meet the requirements of Local Rule 2.02 and will allow these attorneys to appear specially for Defendants.

**IT IS HEREBY ORDERED:**

1) Defendants' Unopposed Motion for Admission *Pro Hac Vice* of Rebecca P. Bromet and Kevin M. Young and Designation and Consent to Act Pursuant to Local Rule 2.02  (Doc.  9) is **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, attorneys Rebecca P. Bromet and Kevin M. Young shall send to the Clerk's Office the application

for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

    3) Within fourteen (14) days from the date of this Order, attorneys Rebecca P. Bromet and Kevin M. Young shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

    **DONE** and **ORDERED** in Fort Myers, Florida on December 11, 2013.

*/s/ Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties